IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BONNIE PLANTS, INC.,           )
                               )
     Plaintiff,                )
                               )      CIVIL ACTION NO.
     v.                        )        2:20cv549-MHT
                               )            (WO)
GREEN EARTH MEDIA GROUP,       )
LLC, a Pennsylvania            )
Limited Liability Company,     )
and JOAN CASANOVA, an          )
Individual,                    )
                               )
     Defendants.               )
```

## CONSENT PRELIMINARY INJUNCTION ORDER

This matter is before the court on the Unopposed Motion for Entry of Agreed Order on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunctive Relief and Incorporated Memorandum of Law ("Motion") filed by plaintiff Bonnie Plants, Inc. ("Bonnie Plants"). Defendants Green Earth Media Group, LLC ("GEM"), and Joan Casanova ("Casanova," and, together with Bonnie Plants and GEM, the "Parties") do not oppose the Motion. For the reasons below, the Motion will be granted.

On Thursday, July 30, 2020, Bonnie Plants filed a Verified Complaint, and a Motion for Temporary Restraining Order and Preliminary Injunctive Relief and Incorporated Memorandum of Law (the "Injunction Motion").

On Friday, July 31, 2020, the Court granted the Injunction Motion, in part, entered a Temporary Restraining Order ("TRO"), and scheduled a preliminary injunction hearing for Monday, August 10, 2020. *See* Doc. No. 5. The TRO is scheduled to expire on August 14, 2020. *Id.* at ¶ 4.

The parties are engaged in settlement negotiations, are hopeful that they can negotiate an out-of-court resolution, and would like to focus their time and resources on continuing negotiations rather than preparing for and participating in a preliminary injunction hearing.

Although GEM and Casanova deny any wrongdoing, they agree to entry of a preliminary injunction enjoining them from the same conduct described in the TRO.

Further, GEM and Casanova agree that the preliminary injunction may remain in place until further orders of the Court.

GEM and Casanova also inform the Court that they freely and voluntarily waive their right to have Bonnie Plants post a bond as security for the preliminary injunction.

\*\*\*

Accordingly, it is ORDERED as follows:

(1) The Unopposed Motion for Entry of Agreed Order on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunctive Relief (doc. no. 8) is granted.

(2) Defendants GEM and Casanova are hereby RESTRAINED and ENJOINED from directly or indirectly using, disclosing, disseminating, releasing, or in any way making public information, documents, and/or knowledge received by the defendants from or regarding plaintiff Bonnie Plants, Inc. or its business operations, employees, or products during the course of

3

the parties' business relationship. This preliminary injunction order applies to GEM, Casanova, GEM's officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of the foregoing.

(3) Plaintiff Bonnie Plants is not required to post a bond because defendants GEM and Casanova have freely and voluntarily waived any requirement for Bonnie Plants to do so.

(4) This order, and the injunctive relief granted herein, shall remain in effect until further order of the court.

DONE, this the 6th of August, 2020.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE