IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BONNIE PLANTS, INC.,     ) <br>     ) <br>    Plaintiff,        ) <br>     ) <br>    v.                ) <br>     ) <br> GREEN EARTH MEDIA GROUP,  ) <br> LLC, a Pennsylvania      ) <br> Limited Liability Company, ) <br> and JOAN CASANOVA, an     ) <br> Individual,            ) <br>     ) <br>    Defendants.      ) | CIVIL ACTION NO. <br> 2:20cv549-MHT <br> (WO) |

**ORDER**

Because the court has now entered preliminary injunctive relief, it is ORDERED that the first motion for preliminary injunction (doc. no. 2) is denied as moot.

DONE, this the 6th of August, 2020.

                            /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**