IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BONNIE PLANTS, INC.,          )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )        2:20cv549-MHT
                              )            (WO)
GREEN EARTH MEDIA GROUP,      )
LLC, a Pennsylvania           )
Limited Liability Company,    )
and JOAN CASANOVA, an         )
Individual,                   )
                              )
    Defendants.               )
```

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

This matter is before the Court on the Unopposed Motion for Entry of Final Judgment and Permanent Injunction ("Motion") made by Plaintiff Bonnie Plants, Inc. ("Bonnie Plants"). For the reasons below, the Motion will be granted.

Bonnie Plants commenced this Action on July 30, 2020, by filing a Verified Complaint (Doc. No. 1), and a Motion for Temporary Restraining Order and Preliminary Injunctive Relief and Incorporated Memorandum of Law (the "Injunction Motion") (Doc. No.

2), against Defendants Green Earth Media Group, LLC ("GEM") and Joan Casanova ("Casanova" and, together with GEM, "Defendants"). In the Verified Complaint, Bonnie Plants also sought permanent injunctive relief against Defendants.

On Friday, July 31, 2020, the Court granted the Injunction Motion, in part, entered a Temporary Restraining Order ("TRO"), and scheduled a preliminary injunction hearing for Monday, August 10, 2020. *See* Doc. No. 5.

On August 5, 2020, Bonnie Plants filed an unopposed motion for entry of an agreed order on Bonnie Plants' request for preliminary injunctive relief. Doc. 8. The Court entered a Consent Preliminary Injunction Order on August 6, 2020. Doc. No. 9.

The parties have reached a negotiated resolution of the claims asserted by Bonnie Plants against Defendants. As part of that resolution, Defendants have agreed and consented to the entry of a Final Judgment and Permanent Injunction against them. The parties

agreed that the Final Judgment and Permanent Injunction would dispose of all claims in this action, would not grant any relief other than the permanent injunction to any party, and that each party would bear her or its own costs, expenses, and attorneys' fees.

For purposes of this Final Judgment and Permanent Injunction, Defendants acknowledge that they have been properly and validly served with the Summons and Complaint in this Action, and that the Court has personal jurisdiction over them. Defendants further admit that this Court has subject matter jurisdiction over this Action, as alleged in the Verified Complaint, because Bonnie Plants is a resident citizen of the State of Alabama, while they are both resident citizens of the State of Connecticut, and the amount in controversy, exclusive of costs and fees, exceeds $ 75,000. Other than the foregoing admissions, Defendants do not admit any of the allegations of the Verified Complaint.

Defendants waive the entry of findings of fact and conclusions of law under Federal Rules of Civil Procedure 52 and 65, freely and voluntarily consent to the entry of this Final Judgment and Permanent Injunction, and agree to be bound by its terms, Defendants consent to the continuing jurisdiction of this Court for the purpose of enforcement of the Final Judgment and Permanent Injunction, and irrevocably waive any right they may have to appeal from the Final Judgment and Permanent Injunction, to have it vacated, modified, or set aside, or to otherwise attack in any way, directly or collaterally, its validity or enforcement.

***

Accordingly, it is ORDERED, ADJUDGED, and DECREED as follows:

(1) The Unopposed Motion for Final Judgment and Permanent Injunction (Doc. No. 11) is granted.

(2) Defendants Green Earth Media Group, LLC and Joan Casanova, and any other person or entity acting in

concert and/or participation with them, are PERMANENTLY ENJOINED from directly or indirectly using, disclosing, disseminating, releasing, or in any way making public information, documents, and/or knowledge received by the Defendants from or regarding Plaintiff Bonnie Plants, Inc. or its business operations, employees, or products during the course of the parties' business relationship.

   (3) The Court retains jurisdiction over Defendants Green Earth Media Group, LLC and Joan Casanova and over this action to enforce this Final Judgment and Permanent Injunction.

   (4) This Final Judgment and Permanent Injunction disposes of all claims against all parties.

   (5) Each party shall bear her or its own costs and attorneys' fees.

   The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 8th day of October, 2020.**

                               /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**